**In re Charles KASSICIEH, Debtor.**

**Charles Kassicieh, Plaintiff–Appellant,**

v.

**Eugene F. Battisti, Jr., Defendant–Appellee.**

**BAP No. 12–8015.**

United States Bankruptcy Appellate Panel of the Sixth Circuit.

Argued: Nov. 13, 2012.

Decided and Filed: Nov. 27, 2012.

ARGUED: Michael T. Gunnar, Hilliard, OH, for Appellant. Judith M. McInturff, Columbus, OH, for Appellee. ON BRIEF: Michael T. Gunnar, Hilliard, OH, for Appellant. Judith M. McInturff, Columbus, OH, for Appellee.

Before: EMERSON, HARRIS, and McIVOR, Bankruptcy Appellate Panel Judges.

---

**42.** *See supra* note 35.

## OPINION

ARTHUR I. HARRIS, Bankruptcy Judge.

This appeal presents the issue of whether fees owed to a court-appointed guardian *ad litem* constitute a "domestic support obligation" under Section 101(14A) of the Bankruptcy Code and are therefore a nondischargeable debt. After reviewing the record, the parties' briefs, and applicable law, and after the benefit of oral argument, the Panel concludes that the bankruptcy court did not err in determining that the fees owed to the guardian *ad litem* constitute a "domestic support obligation." Accordingly, the fees owed are nondischargeable under Section 523(a)(5) of the Bankruptcy Code, and we affirm for the reasons stated in the bankruptcy court's well-written opinion entered on March 30, 2012, *In re Kassicieh,* 467 B.R. 445 (Bankr.S.D.Ohio 2012).